IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONA HARDY, Individually and On Behalf of All Similarly Situated Persons; AHMAD J. KHASEEB, Individually and On Behalf of All Similarly Situated Persons; and ARIEL BETHEA, Individually and On Behalf of All Similarly Situated Persons;<br><br>Plaintiffs,<br><br>vs.<br><br>ALFF CONSTRUCTION, L.L.C.,<br><br>Defendant. | 8:24CV256<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 22). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice.

Dated this 19th day of February, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge